FILED
2015 Nov-16 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **AMANDA GIBSON,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civil Action No.** |
| v. | * | |
| | * | **7:14-CV-02002-LSC** |
| **RELIANT RENAL** | * | |
| **CARE-ALABAMA, LLC &** | * | |
| **RELIANT RENAL CARE, INC.** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** the following discovery documents are attached on behalf of the Plaintiff:

(✓)   Plaintiff's Responses to Defendants' First Set of Interrogatories

Respectfully submitted this 16th day of November, 2015.

Respectfully Submitted:


*s/ Rebecca Young*
Rebecca Young
ASB-9967-C49C
Owens & Millsaps, LLP
Attorney for the Plaintiff
P.O. Box 2487
Tuscaloosa, AL 35403-2487
Telephone: (205) 750-0750
ryoung@theowensfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2015, I electronically filed the foregoing Notice Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


David B. Walston
dbwalston@csattorneys.com
W. Steven Nichols
wsnichols@csattorneys.com
Attorneys for Defendants
Christian & Small, LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696


*s/ Rebecca Young*
OF COUNSEL