UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **AMANDA GIBSON,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. |
| v. | * | |
| | * | 7:14-CV-02002-LSC |
| **RELIANT RENAL** | * | |
| **CARE-ALABAMA, LLC &** | * | |
| **RELIANT RENAL CARE, INC.** | * | |
| | * | |
| Defendants. | * | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT

Defendants, Reliant Renal Care – Alabama, LLC, and Reliant Renal Care, Inc. ("Respondents" or "Defendants"), provide the following response to "Plaintiff's Further Statement That Counsel Have Been Unable To Resolve The Motion to Compel" (Doc. 37).

1. During the course of discovery, Defendants have expended extraordinary efforts and costs to produce all relevant, non-privileged e-mails and attachments in this matter to date, and that substantial privilege logs have been produced outlining the privileges asserted for any non-produced documents sought by Plaintiff.

2. Pursuant to the Court's instructions, Defendants provided supplemental privilege logs specifically describing the bases for the assertion of privilege.

3. Subsequent to service of the supplemental privilege logs, Plaintiff filed "Plaintiff's Further Statement That Counsel Have Been Unable To Resolve The Motion to Compel" seeking *in camera* inspection of over 175 e-mails and their attachments.

4. During the course of discovery, including discussions had during the November 16, 2015, hearing on Plaintiff's Motion to Compel, the parties, with the Court's assistance, agreed to certain parameters regarding the scope and production of e-mails and attachments. The agreement is best set forth in time periods.

5. For purposes of this Response, the time period of 2012 through April 27, 2014, is designated the "EEOC Phase" of this case. For the EEOC Phase, the parties agreed as follows:

    a. The law firm of Duane, Morris, and, in particular, Caroline Austin, Esq., represented Respondent Reliant Renal Care – Alabama, LLC, during the EEOC administrative proceedings, including conciliation negotiations. The parties agreed that all e-mails from Caroline Austin other Duane, Morris personnel, directly to Respondent's management, or from Respondent's

management directly to Caroline Austin or other Duane, Morris personnel, are privileged and not subject to production.

      b. The law firm of Christian & Small, LLP, and in particular David B. Walston, Esq., was retained to represent Respondent Reliant Renal Care – Alabama, LLC, during conciliation negotiations.  The parties agreed that all e-mails from David Walston or other personnel of Christian & Small, LLP, directly to Respondent's management, or from Respondent's management directly to David B. Walston or other personnel of Christian & Small, LLP, are privileged and not subject to production.

6. For purposes of this Response, the time period of 2012 through April 27, 2014, is designated the "Investigation Phase" of this case.  This period spans the time in which a forensic consultant retained by Defendants conducted examinations of computers used by employees of Defendants.

      a. The parties agreed that all e-mails from Caroline Austin or other Duane, Morris personnel, directly to Respondent's management, or from Respondent's management directly to Caroline Austin or other Duane, Morris personnel, are privileged and not subject to production.

b. Pursuant to the Court's directions, the parties agreed that emails and/or documents directly from David B. Walston, to Defendants' management are privileged and not subject to production.

c. Pursuant to the Court's directions, the parties agreed that communications received by David B. Walston from management of Defendants and/or William J. Long, the forensic consultant, that discussed the protocols of the forensic examinations may not be privileged from discovery and may be subject to production. Defendants understood from the Court's discussion that e-mails received by David B. Walston during the Investigation Period discussing legal advice are privileged and not subject to production.

7. For purposes of this Response, the period from May 23, 2014, through August 20, 2014 is designated as the "Post-Investigation Phase" of this case.

a. The parties agreed that all e-mails from Caroline Austin other Duane, Morris personnel, directly to Respondent's management, or from Respondent's management directly to Caroline Austin or other Duane, Morris personnel, are privileged and not subject to production.

b. The parties agreed that all e-mails from David Walston or other personnel of Christian & Small, LLP, directly to Respondent's management, or from Respondent's management directly to David B. Walston or other

personnel of Christian & Small, LLP, are privileged and not subject to production.

 c. In fact, the parties agreed that all emails and/or documents after August 2014 were excluded from discovery by Plaintiff's counsel regardless of any privilege issues.

8. Some of the documents identified for *in camera* review in Plaintiff's Statement regarding resolution of the Motion to Compel fall into the above exclusions agreed to by the parties. To the extent this is case, Defendants state that such documents have been specifically excluded from discovery, and the Court does not need to spend its time reviewing said documents.

9. Defendants' counsel is prepared to discuss the other documents designated as privileged of which Plaintiff's counsel seeks *in camera* review.

 Respectfully submitted,

          */s/  David B. Walston*
          David B. Walston

          */s/  R. Jordan Wood*
          R. Jordan Wood

          Attorneys for Defendants Reliant
          Renal Care – Alabama, LLC, and
          Reliant Renal Care, Inc.

OF COUNSEL:

CHRISTIAN & SMALL LLP
David B. Walston
W. Steven Nichols
R. Jordan Wood
505 N. 20th Street, Ste. 1800
Birmingham, AL  35203-2696
Telephone:  205/795-6588
E-mail: dbwalston@csattorneys.com
rjwood@csattorneys.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2015, a true and correct copy of this Response was served on the following in accordance with the electronic filing and service procedures established by the United States District Court for the Northern District of Alabama:

> Rebecca A. Young, Esq.
> OWENS & MILLSAPS, LLP
> P.O. Box 2487
> Tuscaloosa, AL 35403
> E-mail: ryoung@theowensfirm.com

/s/ David B. Walston
Of Counsel